**Willie T. BLAND, et al., Appellants,**

v.

**LIBERTY MUTUAL INSURANCE COMPANY, Respondent.**

**No. WD 51152.**

Missouri Court of Appeals, Western District.

May 21, 1996.

Robert L. Desselle, Desselle Law Office, Independence, for appellants.

Stephanie Warmund, Tracy Vetter, Kansas City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Willie and Alma Bland appeal the judgment of the Jackson County Circuit Court, after a bench trial, wherein they were awarded damages for their partial fire loss under a policy of insurance issued by Liberty Mutual Insurance Company (Liberty Mutual) and denied an award for the insurer's alleged vexatious refusal to pay. No error of law appears.

An opinion reciting the detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth facts and reasons for this order.

The judgment of the circuit court is affirmed. Rule 84.16(b).

**TMB SERVICE CORP., Respondent,**

v.

**Stephanie G. HAZELTON, Appellant.**

**No. WD 51571.**

Missouri Court of Appeals, Western District.

May 21, 1996.

Donald Scott, Kansas City, for Respondent.

Patrick Shepard and Melissa Rodriguez, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Hazelton appeals the summary judgment against her in TMB's declaratory judgment action and on her counterclaim. The trial court held that there was no enforceable real estate contract between the parties. Judgments affirmed. Rule 84.16(b).